**<u>EXHIBIT A</u>**

## Account Closure Request and Settlement Agreement

This agreement is entered into by and between:

1. Akirix LLC of 1085 Wall Ave, Ogden, Utah 84404 United States ("AK") and;

2. Worldclear Limited of Level 10, 48 Ward Street, Hamilton, 3204 New Zealand ("WC")

Whereas; AK and WC have had a contractual relationship since the 16th February 2016, and both parties agree to terminating the relationship by mutual consent, pursuant to the terms of this Account Closure and settlement agreement.

It is therefore agreed between the parties:

3. WC by its execution of this agreement is requesting the immediate closure of all accounts it operates with AK

4. Any charges owing or outstanding to Akirix are to be deducted from any balance held by AK to be remitted back to WC upon account closure.

5. WC and AK agree that this agreement and its terms are confidential and each party agrees to not release any details, save if required to by law.

6. Each party agrees they have not relied on the other when deciding to execute this agreement

7. This agreement is subject to the laws of the state of Utah, USA.

8. WC agrees to indemnify and hold harmless AK for any claims against it, either actual or contemplated, howsoever caused or occasioned, arising out of the closing of its accounts, or the execution of this agreement.

9. This agreement is considered an annex to the existing terms and conditions of AK, as displayed on its website, and between AK and WC.

10. AK agrees to hold the balance of any WC accounts held by AK, in trust for a maximum period of 90 days, to allow WC to transfer its balances to other institutions in an orderly manner.

11. WC agrees that any balance held by AK at the end of 90 days, and pursuant to paragraph 10 above, must be transferred as a single payment.

12. WC agrees that any transfer made pursuant to this agreement must be made to an account or accounts either owned by WC or under its control.

11. Any transfer requests made by WC must be in writing and by email, and sent to John@akirix.com

12. Transfers ordered pursuant to this agreement by WC will be fulfilled by AK within twenty four hours and at no cost.

13. This agreement constitutes the final agreement and full and final settlement between the parties, for all or any claims against each other, either actual or contemplated, howsoever caused or occasioned.

Signed as a deed by;

1.  Jack Archie Lewis for and on behalf of Akirix LLc

    signature ........Jack A........

Date 31 OCT / 2016

Witnessed by .......You Li.................print name

signature..................

of ...Draper Utah...

.....U.S.A........................

Signed as a deed by;

2.  David Hillary for and on behalf of World-Clear Limited

    signature.....................

Date 3./.10........./ 2016

Witnessed by ....Christine Kirton...............print name

signature .................. Date...3./...10........./ 2016

of ...Hamilton, Waikato

.....New Zealand

WFB/Akirix/ Utah 712649362.7354