**<u>EXHIBIT B</u>**

Case 1:17-cv-00155-HCN    Document 100-2    Filed 03/24/20    PageID.753    Page 2 of 7

Terms & Conditions                                                        12/11/17, 3:53 PM

# AKIRIX

# TERMS & CONDITIONS

The terms herein apply to all users of AKIRIX.COM for any purpose. Additionally, Akirix LLc clients are required to adhere to additional agreements and conditions as part of the application process. Please read all agreements and documents carefully and entirely.

By accessing this website, users agree to be bound to the terms and conditions of all agreements and forms as well as the terms and conditions listed here on below. Users must also be aware that all terms and conditions are subject to change without notice, however Akirix clients will be directly notified any time a change is made.

Unauthorized use of our systems or this website, including but not limited to unauthorized entry into our systems, misuse of user names and passwords, or misuse of any information posted to this website, is strictly prohibited.

Subject to our Privacy Terms and subject to agreements which relate to specific services and products, which may be more restrictive, Akirix, LLC ("Akirix") may disclose and transfer any information you provide through this website to: (i) any company within Akirix, its affiliates, agents or contract parties; (ii) to any other person or entity with your consent; or (iii) if we have a right or duty to disclose or are permitted or compelled to so disclose such information by law. Subject to our Privacy Terms and more specific and restrictive agreements to which we may be a party, you consent to the transmission, transfer or processing of such information to, or through, any country in the world, as Akirix deems necessary or appropriate, and by using and providing information through this website you agree to such transfers.

Use of this website may be monitored, tracked and recorded. Anyone using this website expressly consents to such monitoring, tracking and recording. You are responsible for being familiar with the current version of these Terms and Conditions posted on the website during each session.

https://www.akirix.com/terms/                                              Page 1 of 6



# Intellectual Property Rights

All content of this website and our systems, including text, images, designs, procedures and modes of operation are owned by Akirix or one of its subsidiaries or affiliates. Except as otherwise expressly stated herein, they may not be copied, displayed, transmitted, disseminated, licensed, altered, stored, or otherwise used, in whole or in part, in any manner without Akirix's prior written consent, except as otherwise permitted by the Copyright Act of 1976, as amended, and only with notices of Akirix's rights. You shall not make any posted materials or information available via the internet or via any other electronic means of access.

WWe always appreciate your helpful comments and suggestions, however, if you submit any unsolicited ideas, suggestions, comments or materials ("Submitted Materials"), Akirix shall not be restricted or prevented from purchasing, developing, creating, or using products, services, plans and ideas for any purpose, whether or not based on or derived from the Submitted Materials. Akirix shall be free to copy, use, modify, disclose and distribute any Submitted Materials without restriction for any purposes whatsoever, commercial or otherwise, without compensation to you.

In addition to our copyrights, the term "Akirix" and all representations and derivations thereof constitute our service marks and trademarks. You shall not use our service marks or trade marks for any purpose without our express and prior written permission. You shall not include our service marks or trade marks in any meta data or "hidden text" or other SEO process without our express and prior written consent.



# Website Content and Materials

The data and other information on this website is for informational purposes only.

While we believe it is reliable, we do not warrant its completeness, timeliness or accuracy. Information, products, services, and the terms and conditions related to products and services may change from time to time. The information on this website is not intended as an offer or solicitation for the purchase of any security or financial instrument or to provide any investment service or investment advice in any jurisdiction.

Products and services, fees, charges, and other terms, conditions and requirements may differ among geographic locations. Not all products and services may be offered at all locations.

Some of our related websites or pages within this website contain supplemental terms and conditions and additional disclosures and disclaimers, which are in addition to these terms and conditions, disclosures and disclaimers. In the event of a conflict, the supplemental terms and conditions and additional disclosures and disclaimers will govern for those sections or pages.

Currency values are always fluctuating. Further, the relative values of currencies fluctuate against other currencies. The amount of services that a buyer may obtain from a seller for a given amount of the buyer's currency and currency exchange rates may vary based on the timing and speed of each transaction.

You agree that: (i) you will not engage in any activities using or related to this website that are contrary to applicable law and regulation or the terms of any agreements you have with us, and (ii) where this website or any other website operated by Akirix requires identification for access, you will establish security procedures and controls to limit access to your password or other identifying information to authorized individuals. In circumstances where you are required to provide information to Akirix, whether for Akirix's use or the use of any governmental entity, you agree to provide full and accurate information.

You agree that you will not use any automated device, nor will you use any program or manual process to monitor or copy our web pages, data or content without our express and prior written consent.

WE MAY AMEND OR DISCONTINUE THE INFORMATION, PRODUCTS AND SERVICES DESCRIBED HEREIN, AT ANY TIME WITHOUT PRIOR NOTICE TO YOU, AND WITHOUT ANY LIABILITY TO YOU. ANY DATED INFORMATION IS PUBLISHED AS OF ITS DATE ONLY OR, IF NO DATE IS STATED, THE DATE OF FIRST POSTING. WE UNDERTAKE NO OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY INFORMATION ON THIS WEBSITE. WE RESERVE THE RIGHT TO TERMINATE ANY OR ALL WEBSITE OFFERINGS OR TRANSMISSIONS WITHOUT PRIOR NOTICE TO YOU. FURTHERMORE, NO DISTRIBUTION OR SOLICITATION IS MADE BY US TO ANY PERSON TO USE THIS WEBSITE OR THE INFORMATION, PRODUCTS OR SERVICES IN JURISDICTIONS WHERE THE PROVISION OF THIS WEBSITE AND SUCH INFORMATION, PRODUCTS OR SERVICES IS PROHIBITED BY LAW.



# No Warranty of Non-Disruption

Terms & Conditions                                                                                          12/11/17, 3:53 PM

Our servers are maintained in safe and secure commercial facilities. Akirix has access to bandwidth from multiple sources, however, access to this website may, from time to time, be unavailable, delayed, limited or slowed due to circumstances beyond our control or for scheduled maintenance. In such events, you may be unable to transmit your transaction or transfer instructions, or your instructions may not be promptly executed. If this causes you to suffer a loss, Akirix will not be liable for the loss. In the event of maintenance of the website and/or platform, Akirix will provide notices to the client in a timely manner.



# Links to Other Sites

Links to other websites are provided solely as a courtesy to users of this website. We have no control over the content on websites offered by others and we make no warranties, either expressed or implied, concerning your use of or inability to use such site, the content of such site, including the accuracy, completeness, reliability, or suitability thereof for any particular purpose, nor do we warrant that such site or content is free from any claims of copyright, trademark, or other infringement of the rights of third parties. We cannot assure you that any such site or content is free from viruses or other contamination. We do not guarantee the authenticity of documents on the Internet. Links to unaffiliated sites do not imply, and we expressly disclaim,any endorsement of or responsibility for the opinions, ideas, products, information, or services offered at such sites.



# Limitation of Liability, Indemnity, Fees & Charges

THIS WEBSITE IS PROVIDED "AS IS" AND "AS AVAILABLE". AKIRIX: DOES NOT PROVIDE ANY WARRANTIES AND REPRESENTATIONS REGARDING THE WEBSITE, DISCLAIMS ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND WITH REGARD TO THE WEBSITE, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF THIRD PARTY RIGHTS, FREEDOM FROM VIRUSES OR OTHER HARMFUL CODE, OR FITNESS FOR A PARTICULAR PURPOSE; DOES NOT WARRANT THE ACCURACY, ADEQUACY, OR COMPLETENESS OF THE INFORMATION AND MATERIALS CONTAINED ON THE WEBSITE AND EXPRESSLY DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THE MATERIALS AND INFORMATION; AND WILL NOT BE LIABLE FOR ANY DELAY, DIFFICULTY IN USE, COMPUTER VIRUSES, MALICIOUS CODE OR OTHER DEFECT IN THIS WEBSITE, ANY INCOMPATIBILITY BETWEEN THE WEBSITE AND THE USER'S FILES AND THE USER'S BROWSER OR OTHER SITE ACCESSING PROGRAM, OR ANY OTHER PROBLEMS EXPERIENCED BY THE USER DUE TO CAUSES BEYOND OUR CONTROL.

NO LICENSE TO THE USER IS IMPLIED IN THESE DISCLAIMERS.

UNDER NO CIRCUMSTANCES WILL WE BE LIABLE FOR ANY LOST PROFITS, LOST OPPORTUNITY OR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES ARISING OUT OF ANY USE OF OR INABILITY TO USE THE WEBSITE OR ANY PORTION THEREOF, REGARDLESS OF WHETHER WE HAVE BEEN APPRISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING AND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE.

YOU AGREE THAT: YOU WILL INDEMNIFY US, PURSUANT TO THESE TERMS AND CONDITIONS, TO THE FULLEST EXTENT POSSIBLE, AND ON AN INDEMNITY BASIS, FOR ANY IMMEDIATE OR FUTURE LOSSES CAUSED OR OCCASIONED, BY YOUR USE OF THE WEBSITE, HOWSOEVER CAUSED, IF YOU FAIL TO ADHERE TO THE TERMS AND CONDITIONS HEREIN, INCLUDING BUT NOT LIMITED TO, USING THE WEBSITE OR SERVICE FOR THE SUPPLY OF THIRD PARTY SERVICES, OR ANY SERVICE THAT CONTRAVENES ANY RULE OF LAW OR REGULATION IN ANY RELEVANT JURISDICTION, Failing Or refusing to provide information requested for KYC AML and CFT purposes, SUCH LOSS MAY BE, LOSS OF PROJECTED PROFITS, LOSS OF OPPORTUNITY, ANY DIRECT LOSS, INCLUDING THE COST OF ANY LEGAL FEES, OR ANY LOSS OF A BUSINESS RELATIONSHIP OR ANY LOSS OF REPUTATION, OR ANY ADDITIONAL COSTS INCURRED AS A RESULT OF YOUR USE OF THIS WEBSITE OR ASSOCIATED SERVICES.

YOU AGREE THAT; IF YOU FAIL TO PROVIDE INFORMATION REQUESTED FOR KYC / AML / CFT PURPOSES, THAT SUCH AN ACT WOULD CAUSE US SUFFICIENT CONCERN THAT WE WOULD BE COMPELLED TO CHECK ALL TRANSACTIONS MADE OR PARTICIPATED IN BY YOU, AS SUCH, YOU WILL INCUR A DISCREPANCY FEE FOR EACH TRANSACTION AUDITED.

YOU AGREE THAT; WE MAY DEDUCT FROM YOUR ACCOUNTS, WITHOUT SET-OFF OR DEDUCTION, ANY FEES OR CHARGES OWING TO US UNDER THESE TERMS AND CONDITIONS.

YOU AGREE THAT; YOU WILL PAY OUR REASONABLE LEGAL COSTS IN THE EVENT THAT WE ARE COMPELLED TO EITHER ISSUE OR DEFEND ANY PROCEEDINGS AGAINST OR INCLUDING YOU, SUCH COST TO BE TREATED AS CHARGES.

# Enforceability and Governing Law

In the event any of the terms or provisions of these Terms and Conditions shall be held to be unenforceable, the remaining terms and provisions shall be unimpaired and the unenforceable term or provision shall be replaced by such enforceable term or provision as comes closest to the intention underlying the unenforceable term or provision. These Terms and Conditions shall be subject to any other agreements you have entered into with Akirix. The user's access to and use of the website, and the terms of this disclaimer are governed by the laws of the State of Utah.

Any action against Akirix arising from or relating to your access to and use of the website and the provisions of these Terms and Conditions must be brought by you in state or federal court located in the State of Utah. You consent to the jurisdiction and venue of the state and federal courts located within the State of Utah for the adjudication of all claims by Akirix against you arising from or relating to your access to and use of the website and the provisions of these Terms and Conditions.

FIND YOUR WAY

HOME (index.html)

ABOUT (/about)

CAREERS (/careers)

INVESTORS (/investors)

PRICING (/pricing)

CONTACT (/contact)

LEGAL (/legal)

FAQ (/faq)

REPORT FRAUD (/how-to-report-fraud)

CONTACT US

**AKIRIX LLC.**
1085 Wall Street
Ogden, UT 84404
U.S.A.

Phone: +1.801.305.4300 (tel:+18013054300)
Fax: +1.801.305.4050 (tel:+18013054050)
support@akirix.com (mailto:support@akirix.com)

SOCIAL



(https://www.facebook (https://twitter.com/a (http://www.bbb reviews/escrow service/akirix-l-l-c-in-ogden-ut-22357789/)