BLACKBURN & STOLL, LC
Brett N. Anderson (11809)
257 E. 200 S., Suite 800
Salt Lake City, UT 84111
(801) 578-3540
bretta@blackburn-stoll.com
*Attorneys for Akirix L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WORLDCLEAR LIMITED,<br><br>   Plaintiff,<br><br>v.<br><br>AKIRIX L.L.C.,<br><br>   Defendant.<br><hr>AKIRIX L.L.C.,<br><br>   Counterclaimant.<br><br>v.<br><br>WORLDCLEAR LIMITED and DAVID HILLARY,<br><br>   Counterclaim Defendants. | **NOTICE OF DISSOLUTION AND DEFUNCT STATUS OF AKIRIX, L.L.C.**<br><br>Case No. 1:17-cv-00155-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Akirix L.L.C. ("Akirix") respectfully provides formal notice to the Court that Akirix L.L.C. is formally dissolving and is defunct. Akirix is not a going concern. Akirix has no assets, no resources, no ability to appear at a trial, and is unable prosecute or defend any claim in this case. Though it disputes the claims of the Plaintiff and would welcome the opportunity to demonstrate the bona fides of its conduct, the reality is that Akirix simply has absolutely no means to participate

in this litigation. It has not transacted business since 2019. All resources and assets have been depleted. There is simply nothing left. Akirix is providing this information so that the Court can elect how to proceed with the impending jury trial.

DATED this 17th day of July 2025.

BLACKBURN & STOLL, LC

 /S/ Brett N. Anderson
Brett N. Anderson
Attorneys for Defendant
Akirix L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2025, I caused a true and correct copy of the foregoing **NOTICE OF DISSOLUTION AND DEFUNCT STATUS OF AKIRIX, L.L.C.** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

 /S/ Brett N. Anderson
Brett N. Anderson