AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

WORLDCLEAR LIMITED,
Plaintiff,

v.

AKIRIX, L.L.C.,

Defendant.

AKIRIX, L.L.C.,
Counterclaim Plaintiff,

v.

WORLDCLEAR LIMITED and DAVID HILLARY,
Counterclaim Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:17-cv-155

IT IS ORDERED AND ADJUDGED:

1. That default judgment is granted in favor of Plaintiff and Counterclaim Defendant Worldclear Limited and against Defendant and Counterclaim Plaintiff Akirix, L.L.C. on all remaining claims and counterclaims;

2. That Akirix, L.L.C. shall pay Worldclear Limited compensatory damages in the amount of $1,330,221.79; and

3. That Akirix, L.L.C. shall pay Worldclear Limited prejudgment interest in the amount of $1,224,532.94.

2

March 16, 2026

*Date*

BY THE COURT:

Howard C. Nielson, Jr.
United States District Judge

2